**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JACK WINGO, *et al.*,

        Plaintiffs,

vs.

MADDOCKS COLLECTION SERVICES LLC,

        Defendant.

2:14-cv-00041-JAD-VCF

**MINUTE ORDER**

    The parties have filed a Stipulation of Dismissal (#31) dismissing all claims against Defendant Maddocks Collection Services LLC.

    Accordingly,

    IT IS HEREBY ORDERED that Defendant's Motion to Stay Discovery Pending Determination of Defendant's Summary Judgment (#25) is DENIED as moot.

    IT IS FURTHER ORDERED that the hearing on Defendant's Motion to Stay Discovery Pending Determination of Defendant's Summary Judgment (#25) scheduled for 2:30 p.m., June 2, 2014 is VACATED.

    DATED this 25th day of April, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE